Andrew W. Stavros (8615)
Austin B. Egan (13203)
**STAVROS LAW P.C.**
11693 South 700 East, Suite 200
Draper, Utah 84020
Tel. 801.758.7604
Fax 801.893.3573
Email: andy@stavroslaw.com
austin@stavroslaw.com

*Attorneys for Plaintiff Patricia Sparto*

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATRICIA D. SPARTO, an individual,<br><br>Plaintiff/Counter-Defendant<br><br>vs.<br><br>HEARTS FOR HOSPICE, LLC, a Utah limited liability company, and<br>SHAW PHILLIPS, an individual,<br><br>Defendants/Counter-Plaintiffs. | **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:12-cv-00801-TS-EJF<br><br>Judge Ted Stewart<br>Magistrate Judge Evelyn J. Furse |

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice this action and all claims asserted therein. The Court has reviewed and approved the parties' stipulation, and concludes that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that this action is dismissed with prejudice, each party to bear its/their own costs and attorneys' fees.

1

2

DATED this 8th day of September, 2014.

**BY THE COURT:**

_____
The Honorable Ted Stewart
U.S. District Court Judge
District of Utah