SHAW G. PHILLIPS
1026 WATERSIDE DRIVE
SARATOGA SPRINGS, UTAH 84045
(801) 372-4894

FILED US District Court-UT
APR 13 '23 PM 12:37

IN THE UNITED STATES DISTRICT COURT
IN AND FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION
IN AND FOR THE COUNTY OF SALT LAKE

351 S West Temple, Room 10.320,

Salt Lake City, UT 84101

PATRICIA D. SPARTO, an individual
Plaintiff,

v.

HEARTS FOR HOSPICE, LLC, a Utah limited liability company, and
SHAW PHILLIPS, an individual,
Defendants/Counter-Plaintiffs

Case No.: 2:12-cv-00801-TS-EJF

NOTICE OF MOTION AND MOTION TO SEAL COURT RECORDS.
Rule 4-205. Security of court records

Hearing Date:
Hearing Time:
Dept.

**TO PLAINTIFF AND ATTORNEY OF RECORD, PLEASE TAKE NOTICE** that as soon thereafter as the matter may be heard, in the above-captioned court located at 351 S West Temple, Room 10.320, Salt Lake City, UT 84101 above-named SHAW G. PHILLIPS will move the Court to restrict access to the court file associated with 2:12-cv-00801-TS-EJF in accordance with UTAH Rules of Court Rule 4-205. Security of court records.

NOTICE OF MOTION AND MOTION TO SEAL COURT RECORDS.

This motion will be made on the grounds that Plaintiff in 2014 was terminated by Shaw Phillips, CEO, and the DEFENDANT. Then six months later, the plaintiff filed an EEOC claim. This claim was UNFOUNDED by the EEOC, and a "right to sue letter was issued." Plaintiff filed suit, Defendant-Counterclaimant Hearts for Hospice ("HFH") provides hospice and home health care to persons in Idaho and Utah. Defendant-Counterclaimant Shaw Phillips ("Phillips") is HFH's, Chief Executive Officer. HFH employed Sparto as Vice President of Clinical Operations for Home Health until she was fired on January 21, 2011.

After her employment was terminated, Sparto filed a complaint with the Utah Antidiscrimination and Labor Division ("UALD") in May 2011, alleging sexual harassment by HFH and Phillips (collectively, "Defendants"). Sparto also filed a similar complaint with the Equal Employment Opportunity Commission ("EEOC"), which provided Sparto with a right to sue letter in May 2012 once claim was UNFOUNDED by the EEOC. Sparto filed the Complaint in the instant case, alleging sexual discrimination and sexual harassment against Defendants.

On November 9, 2012, Defendants filed their Answer, in which they assert eight counterclaims against Sparto: (1) slander, (2) slander per se, (3) libel, (4) libel per se, (5) intentional interference with prospective economic advantage, (6) negligent interference with prospective economic advantage, (7) intentional infliction of emotional distress, and (8) negligent infliction of emotional distress. Each of these claims arise from Defendants' allegations that Sparto discussed her accusations about Phillips's sexual misconduct with the UALD, the EEOC, Sparto's family and friends, and HFH's current and former employees and patients.

On October 23, 2013, Sparto moved for partial summary judgment seeking dismissal of all eight of Defendants' counterclaims. Defendant Phillips has filed an Opposition to Summary Judgment but HFH has not responded to the Motion. On December 23, 2013, Sparto objected

NOTICE OF MOTION AND MOTION TO SEAL COURT RECORDS.

to four exhibits that Defendant Phillips included in his Opposition.

Then the parties resolved their disagreement without a court order. On the 8th day of September, Defendant served the court with an ORDER TO DISMISSAL WITH PREJUDICE, which was granted by the Honorable, Ted Stewart, U.S. District Court Judge District of Utah.

Defendant requested dismissal of the action with prejudice. Although the matter was dismissed, and no judgment was entered against Plaintiff, the facts of the case are still public and possibly altering the character of Plaintiff, Mr. Shaw Phillips. Furthermore, the public record still indicated that unlawful sexual harassment occurred against the Defendant, damaging the plaintiff's ability to find or obtain employment advancements.

    This motion is based upon this notice; the granted dismissal of the case is attached.

Dated: April 6, 2023,        By:<u>ShawPhillips</u>
                                            Plaintiff

### MEMORANDUM OF POINTS AND AUTHORITIES
### I. STATEMENT OF FACTS

    Unless this motion is granted, Employment, recruiters, and the public at large will have access to the court file and can see the legally alleged report of the fact that sexual harassment occurred. When in real-time, the EEOC did a full investigation and found no merit to the Defendant's claim, nor did the plaintiff's legal team. The action was filed against the plaintiff even though the EEOC dismissed the case, no judgment was entered against the plaintiff.

NOTICE OF MOTION AND MOTION TO SEAL COURT RECORDS.

Granting this order will effectuate misleading information, impairing the Plaintiff's ability and right to obtain enhanced employment in the future.

PLAINTIFF moves the Court for an order permanently sealing this court record pursuant to Rule 4-205. Security of court records Rules of Court. PLAINTIFF is informed and believes DEFENDANT's attorney has no objection to this motion. (*See* Declaration attached hereto)

Defendant now submits a memorandum of points and authorities concerning the Court's authority to seal this court record permanently.

## II. THE COURT HAS THE POWER AND AUTHORITY TO SEAL THE RECORD

Rule 4-205. Security of court records Utah Rules of Court permits a party to move or apply to the Court for an order sealing a record when there are facts sufficient to justify the sealing. The Court may order the record sealed.

## III. CONCLUSION

For the foregoing reasons, Plaintiff requests the Court to seal the record permanently, in this case, to protect his employment record from misleading and incomplete information from websites like leagle.com, that could prevent him from finding employment and or advancements in the future.

Respectfully Submitted,

Dated: April 6, 2023            By: Shaw Phillips
                                    Shaw Phillips
                                    Plaintiff

State of: UTAH
County of: UTAH
On this 6 day of APRIL, 2023, SHAW PHILLIPS
Personally appeared before me.
___ who is personally known to me.
X who's identity I verified on the basis of UTDL 170766821
___ who's identity I verified on the oath/affirmation of a creditable witness,
to be the signer of the foregoing document, and he/she acknowledges that he/she signed it.

Notary Public
My Commission Expires 01/23/27

JAKE PACKHAM
Notary Public - State of Utah
Comm. No. 728772
My Commission Expires on
Jan 23, 2027

NOTICE OF MOTION AND MOTION TO SEAL COURT RECORDS.