# DECLARATION OF SHAW PHILLIPS

I, Shaw Phillips, hereby declare:

1. I am the Plantiff in this action.
2. 8/16/2012, when the complaint in this as filed, I resided at 1026 Waterside Drive, Saratoga Springs Utah 84045
3. The EEOC did a full onsite investigation and found no merit to Defendants' claims.
4. On the 8th day of September 2014, this case was dismissed at the Defendants request, and no judgment was ever entered.
5. Unless the records are sealed, employment and public agencies will have access to the court file and can report the fact that was filed against me even though the case was dismissed, and no judgment was ever entered against DEFENDANT.
6. If this court record is not sealed, there is a substantial probability that possible employment advancements which will significantly impair DEFENDANT's ability to obtain upscale employment in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2023, in the state of Utah.

By: <u>Shaw Phillips</u>
Plaintiff

State of __UTAH__
County of __UTAH__
On this __13__ day of __APRIL__, 20__23__, __SHAW PHILLIPS__
Personally appeared before me.
___ who is personally known to me.
_X_ who's identity I verified on the basis of __UTDL 170766821__
___ who's identity I verified on the oath/affirmation of a creditable witness,
to be the signer of the foregoing document, and he/she acknowledges that he/she signed it.

Notary Public
My Commission Expires __01/23/27__



JAKE PACKHAM
Notary Public - State of Utah
Comm. No. 728772
My Commission Expires on
Jan 23, 2027

NOTICE OF MOTION AND MOTION TO SEAL COURT RECORDS.